IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| GRADY RENARD WILLIAMS, JR., | * |
| Petitioner, | * |
| v. | Case No. 1:17-CV-101(WLS) |
| | * |
| COMMISSIONER HOMER BRYSON, et al, | |
| | * |
| Respondents. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 13, 2017, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondents.

This 13th day of July, 2017.

David W. Bunt, Clerk

s/ William C. Lawrence, Deputy Clerk